UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE THOMAS, an individual;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation,<br><br>　　　　　Defendant. | Case No. 22-CV-00570-JAM-JDP<br>*(Assigned for all purposes to the District Judge John A. Mendez)*<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed: February 25, 2022 |

///

///

///

After full consideration of an executed Stipulation Dismissing this Action with Prejudice under Federal Code of Civil Procedure 41(a), IT IS HEREBY ORDERED that Plaintiff's Complaint and this entire action, including all claims against Defendant, are **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

| | |
|---|---|
| Dated: June 21, 2023 | /s/ John A. Mendez |
| | THE HONORABLE JOHN A. MENDEZ |
| | SENIOR UNITED STATES DISTRICT JUDGE |